# UNITED STATES DISTRICT COURT
## for the
### Western District of New York

United States of America
v.
Adalid Ayala

Case No: 12-CR-101
USM No: 42412-424

Thomas More Leinenweber
*Defendant's Attorney*

Date of Original Judgment: 4/10/2014
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    130    months **is reduced to**    120 months    .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    04/10/2014    shall remain in effect.

**IT IS SO ORDERED.**

Order Date: April 12, 2018

Effective Date: _____
*(if different from order date)*

Hon. Richard J. Arcara, U.S. District Judge
*Printed name and title*

FILED APR 13 2018 MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY